order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ .

MAURICE I. JACOBS, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

CECILIA R. SCHENKMAN, Respondent, v. MURRAY S. SCHENKMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

In the Matter of the Will of JANE B. LISSBERGER, Deceased. EDMUND LISSBERGER, Appellant; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Trustee, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 881.]

In the Matter of SAMUEL ROTHENBERG, as Secretary of Picture Frame Workers Union, Local 18465, A.F.L., Appellant, against WILLIAM J. KELLEY et al., Constituting the New York State Labor Relations Board, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 884.]

EASTERN STATES ELECTRICAL CONTRACTORS, INC., et al., v. NEW YORK CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 875.]

NEW YORK CASUALTY COMPANY v. PETER R. KUHN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 875.]

WHITE-WAY ARCADE, INC., v. BROADWAY TURTLE KING, INC.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See ante, p. 957.]

### (April 28, 1948.)

MIDDLETOWN MANUFACTURING Co., INC., Appellant, v. ELECTRONIC CORPORATION OF AMERICA, Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MIDDLETOWN MANUFACTURING Co., INC., Appellant, v. ELECTRONIC CORPORATION OF AMERICA, Respondent.— Order, insofar as it grants defendant's motion to preclude plaintiff, unanimously affirmed unless within twenty days after service of the order to be entered hereon plaintiff serves a bill of particulars as demanded. Order, insofar as it grants defendant's motion for examination of plaintiff before trial, unanimously affirmed. The date for the examination to proceed to be fixed in the order. Ten dollars costs and disbursements are awarded to respondent. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

### (April 29, 1948.)

MITCHELL KENNERLEY, JR., et al., on Behalf of Themselves and Other Similarly Situated Consumers of Telephone Service Supplied by the New York Telephone Company, Appellants, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judg-